HENRY H. PERSONS et al., as Receivers of the BANK OF COMMERCE IN. BUFFALO, Respondents, *v.* WILLIAM H. GARDNER et al., Appellants, and ROBERT R. HEFFORD et a.., Respondents.

*Persons* v. *Gardner,* 113 App. Div. 597, affirmed.
(Argued March 12, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 11, 1906, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at an Equity Term in an action against stockholders of a bank to recover a deficiency in its assets.

*Adelbert Moot* for appellants.

*Edward R. Bosley* for plaintiffs, respondents.

*George Wadsworth* for defendants, respondents.

Judgment affirmed, with costs, on opinion of WILLIAMS, J., below.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.